IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK HALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09 C 4918 |
| | ) | |
| OFFICER COOPER, Star No. 17206; SGT. C BROWN, Star No. 2235; OFFICER J. HOLT, Star No. 3373, and THE CITY OF CHICAGO, | ) ) ) | Judge Kennelly Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT**

Plaintiff, Jack Hale, and Defendants, City of Chicago, Deronis Cooper, Cornelius Brown and Joseph Holt, by their respective attorneys, hereby stipulate and agree to the following:

1. Plaintiff obtained a verdict against defendants on May 26, 2011 in the amount of $50,000.00 for compensatory damages. On May 26, 2011, plaintiff also obtained an award of punitive damages against Brown in the amount of $5,000.00; against Cooper in the amount of $2,500.00; and against Holt in the amount of $1,000.00. The May 26, 2011 verdicts were entered as judgments on May 26, 2011. Although no judgment has been entered for attorney fees and costs, Plaintiff has demanded $104,152.00 in attorney fees and costs.

2. The parties wish to end this litigation now. This Satisfaction of Judgment has been negotiated by the respective parties through their counsel. Plaintiff represents that he has relied upon the advice of his attorney, who is the attorney of his choice, that the terms of this Satisfaction of Judgment have been interpreted, completely read and explained to him by his attorney, and that those terms are fully understood and voluntarily accepted by Plaintiff.

3. Plaintiff agrees to a satisfaction of $152,000.00 inclusive of all fees and costs owed, with no post-judgment interest. This sum shall be payable solely by the CITY OF

CHICAGO and shall be payable within thirty (30) days of the execution of this Satisfaction of Judgment. The check will be made payable to Plaintiff and his attorneys and any lienholders.

4.  In consideration of the foregoing sum, the Plaintiff agrees not to enforce the judgments entered on May 26, 2011. Plaintiff accepts the sum of $152,000.00 (ONE HUNDRED FIFTY-TWO THOUSAND DOLLARS AND NO/100) in full accord and satisfaction of those judgments, as well as fees and costs, and waives forever his right to collect accumulated interest. Plaintiff also dismisses the punitive damage claims of and waives the punitive damage awards.

5.  Plaintiff, upon advice of counsel, understands and agrees that this Satisfaction of Judgment is a final and total release and Satisfaction of Judgment on behalf of himself and his heirs and assigns, of all claims they had, or may have had in the future, under state or federal law, against defendant, CITY OF CHICAGO, and any of the CITY OF CHICAGO'S future, current, or former officers, agents and employees, arising either directly or indirectly out of the incident which was the basis of this litigation, including but not limited to the claims which were asserted in this lawsuit or which could have been asserted in this lawsuit.

6.  Plaintiff represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorneys have the sole right and exclusive authority to execute this Satisfaction of Judgment and receive the sums specified herein; and that he has not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

7.  This Satisfaction of Judgment is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

8.  This Satisfaction of Judgment contains the entire agreement between the parties with regard to the final satisfaction of judgment, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the executors, administrators, personal

representatives, heirs, successors, and assigns of each.

9. All parties agree to cooperate fully and to execute any and all supplemental documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Satisfaction of Judgment.

PLAINTIFF:

_(signed)_

Subscribed and Sworn to before me this 24th day of JUNE, 2011.

_(signed)_
Notary Public

OFFICIAL SEAL
MELISSA A. BERMEJO
Notary Public - State of Illinois
My Commission Expires Mar 31, 2012

ATTORNEY FOR PLAINTIFF:

By: _(signed)_
Ed Fox and Associates
300 W. Adams Street
Suite 300
Chicago, Illinois 60606

Date: 6/24/2011

ATTORNEY FOR DEFENDANTS
CITY OF CHICAGO
a Municipal Corporation, et al

By: _(signed)_

GREENE AND LETTS
Attorneys for Defendant
111 W. Washington St., Ste. 1650
Chicago, IL 60602

Date: JUN 27 2011

X:\CITY OF CHICAGO\HALE 0059-00039\Trial\SATISFACTION OF JUDGMENT FINAL-HALE v CITY[v3].wpd